UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
UNITED STATES OF AMERICA,            )
                                      )
                    Plaintiff,        )   Case No. MC17-0126RSL
                                      )
        v.                            )
                                      )   ORDER TO ISSUE WRIT OF
LOBSANG DARGEY,                       )   CONTINUING GARNISHMENT
                                      )   AND NOTICE TO DEFENDANT/
            Defendant/Judgment Debtor,)   JUDGMENT DEBTOR
                                      )
        v.                            )
                                      )
SPRINT C/O FIDELITY WORKPLACE         )
SVCS, LLC,                            )
                                      )
                    Garnishee.        )
_____)

This matter comes before the Court on plaintiff's "Application for Writ of Continuing Garnishment" for property in which the defendant/judgment debtor, Lobsang Dargey, has a substantial nonexempt interest and which is in the possession, custody, or control of the garnishee, Sprint c/o Fidelity Workplace Svcs, LLC. The Court having reviewed the record in this matter, hereby ORDERS that the Clerk of Court issue the "Writ of Continuing Garnishment" (Dkt. # 1-2) and the "Notice to Defendant/Judgment Debtor" (Dkt. # 1-4) submitted by plaintiff's counsel on October 4, 2017. Pursuant to 28 U.S.C. § 3205(c)(3), plaintiff shall serve the defendant/judgment debtor and the garnishee with a copy of the writ and accompanying instructions.

ORDER TO ISSUE WRIT OF CONTINUING
GARNISHMENT AND NOTICE TO DEFENDANT

Dated this 6th day of October, 2017.

                    */s/ Robert S. Lasnik*
                    Robert S. Lasnik
                    United States District Judge