UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LOBSANG DARGEY, <br><br> Defendant/Judgment Debtor, <br><br> v. <br><br> SPRINT C/O FIDELITY WORKPLACE SVCS, LLC, <br><br> Garnishee. | Case No. MC17-0126RSL <br><br> ORDER |

This matter comes before the Court on defendant/judgment debtor's objections to the United States' request for a continuing garnishee order. Dkt. # 9. In light of the objections, the Clerk of Court is directed to give this matter a civil action number and assign it in rotation. The Writ of Garnishment shall remain in effect during the pendency of this action, but judgment shall not be entered absent further order of the Court.

Dated this 11th day of September, 2018.

*Robert S. Lasnik* (signature)

Robert S. Lasnik
United States District Judge

ORDER